IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANTHONY MATTHEWS, :

    Plaintiff,

v. : Case No. 3:16-cv-148

UNITED STATES, *et al.*, : JUDGE WALTER H. RICE

    Defendants. :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #10); DISMISSING PLAINTIFF'S "CAUSE OF ACTION" (DOC. #8) AND "NOTICE" (DOC. #9) WITH PREJUDICE; JUDGMENT TO ENTER IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF; DENYING ANTICIPATED REQUEST FOR CERTIFICATE OF APPEALABILITY AND LEAVE TO APPEAL *IN FORMA PAUPERIS*; CASE TO REMAIN TERMINATED

---

Based on the reasoning and citations of authority set forth by United States Chief Magistrate Judge Sharon L. Ovington, in her Report and Recommendations, Doc. #10, as well as on a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety. Although Plaintiff was notified of his right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections have been filed within the time allotted.

Accordingly, the Court DISMISSES Plaintiff's "Cause of Action," Doc. #8, and his "Notice," Doc. #9, WITH PREJUDICE.  Judgment shall be entered in favor

of Defendants and against Plaintiff. Given that any appeal of this Decision and Entry would be objectively frivolous, the Court again denies Plaintiff's anticipated request for a certificate of appealability and leave to appeal *in forma pauperis*. This case shall remain terminated on the Court's docket.


Date: October 4, 2016            _____
                                                WALTER H. RICE
                                                UNITED STATES DISTRICT JUDGE